COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN. LONG. CLERK.
P.O. BOX 9540
AMARILLO, TEXAS 79103-9570



July 15. 2015

FILED
JUL 20 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE: CASE - NO #07-15-00232-CV - TRIAL CASE NO # 97-061-C, LUIS S. LAGAIRE JR. - V - GREGORY C. BOLAND ET-AL

DEAR CLERK,

PLEASE FIND ENCLOSED, A THIS HONORABLE COURT HAVE JURISDICTION OF THE SUBJECT MATTER UNDER RULE 4.2 3.06 AS. TOWNSEND-V-SAIN 372. U.S. 293 (1963) ACCOMPANIED WITH 7 DOCUMENT AND SUBJECT MATTER MARKED AS EXHIBIT " THIS IS IN RESPONSE TO YOUR JULY 9. 2015. LETTER OF THE COURTS DIRECTION TO FILE ANY DOCUMENTS OR MOTION CONSIDERED NECESSARY FOR THE COURT TO DETERMINE ITS APPELLATE JURISDICTION

PLEASE BRING THE ABOVE DOCUMENTS TO THE ATTENTION OF THE COURT AT YOUR EARLIEST CONVENIENCE.

THANK YOU FOR YOUR COURTESY IN THIS MATTER.

SINCERELY.

Luis S. LAGAIRE JR.
BILL CLEMENTS UNIT
9601 SPUR 1591
AMARILLO, TEXAS 79107
CAUSE PAROLE

# IN THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS AMARILLO

FILED
JUL 20 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

LUIS S. LAGAITE Jr. # 762508
APPELLANT

-V-

GREGORY C. BOLAND ET-AL
APPELLEES.

CASE NUMBER -07-15-00232-CV
TRIAL COURT CASE NUMBER 97-061-C

## THIS HONORABLE COURT HAVE JURISDICTION OF THE SUBJECT MATTER UNDER RULE 4.2.306 A5 TOWNSEND-V-SAIN 372 U.S. 293 (1963)

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES LUIS S. LAGAITE Jr. APPELLANT AND HEREBY FILES THIS RESPONSE IN THE ABOVE ACCOMPANIED WITH DOCUMENTS SUPPORTING ITS APPELLATE JURISDICTION

## I JURISDICTION OF THE SUBJECT MATTER.

THIS COURT HAVE EXERCISED ITS POWER OF JURISDICTION OVER THIS SAME CASE FOR 6 YEARS UNDER NO# 07-08-04484 C-V. DECIDED NOVEMBER 16.2009 UNDER NO# 07-14-00219-CV. DECIDED NOVEMBER 13, 2014. UNDER NO# 87-15-00161-CV. DECIDED. APRIL 9-2015. IT IS THE POWER OF THIS COURT TO DECIDE A MATTER IN CONTROVERSY FOR SO LONG THAT THE TRIAL COURT HAS FAILED TO DULY BRING THIS MATTER TO TRIAL. WHICH GIVES THIS COURT APPELLATE, CONCURRENT, CONTINUING, COORDINATE, EXCLUSIVE., PENDENT, PLENARY, PRIMARY. JURISDICTION OF THE SUBJECT MATTER IN THIS CASE. THE JURISDICTIONAL FACT EXISTS BEFORE THIS COURT HAS PROPER JURISDICTION OF THIS PARTICULAR CASE AS THAT THE DEFENDANTS HAS BEEN PROPERLY SERVED WITH PROCESS AND THAT THE CONTROVERSY IS APPELLANT IS INDIGENT AND IS NOT ABLE TO PAY THE AMOUNT REQUIRED FILING FEE. BECAUSE OF STATUTORY BAR OF CHAPTER 14.004 THIS COURT DO HAVE JURISDICTION OVER APPELLANT BY ITS LEGAL POWER TO RENDER A PERSONAL JUDGMENT THEREIN AND AGAINST APPELLEES TO THE ABOVE ACTION THAT HAS BEEN PROCEEDING FOR THE PAST 6 YEARS. FURTHERMORE THE NOTICE OF APPEAL IS NOT UNTIMELY WHEN. UNDER RULE 4.2 NO NOTICE OF TRIAL JUDGMENT IN CASE 97061-C WAS GIVEN TO APPELLANT PURSUANT TO (A) (1) B. IN FACT THE JUDGMENT ORDER ENTERED TO DECLARE APPELLANT A VEXATIOUS LITIGANT ON MARCH 1, 2015 AS ORDERED BY THE JUDGE STATES THAT THE CLERK IS ORDERED NOT TO FILE ANY DOCUMENTS. WHICH REGARDS TO APPELLANT UNTIL HE PAYS THE $7,500.00 FILING FEE. ALL OTHER DOCUMENTS AND MATTERS IS ON RECORD. FOR THE COURTS DETERMINATION OF ITS JURISDICTION. APPELLANTS HAS ENCLOSED SEVEN DOCUMENTS AND MATTERS PERTAINING TO THE COURTS ORIGINAL JURISDICTION.

RESPECTFULLY SUBMITTED

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A TRUE ORIGINAL OF THIS HONORABLE COURT HAVE JURISDICTION OF THE SUBJECT MATTER UNDER RULE 4.2, 3.06 AS TOWNSEND-V-SAIN 372 US 293 (1963) ACCOMPANIED WITH 7 DOCUMENTS MAILED AS EXHIBITS HAS BEEN SENT TO THE HONORABLE VIVIAN LONG. CLERK U.S. MAIL POSTAGE PRE-PAID ON THIS THE 15TH DAY OF JULY, 2015. AS FOLLOWS:

COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN LONG.
P.O. BOX 9540
AMARILLO, TEXAS 79105-9540

RESPECTFULLY SUBMITTED
BY
Luis S. Lagaite Jr
Bill Clements Unit
9601 SPUR 591
Amarillo, Texas 79107-
Pro-Se

## AFFIDAVIT

I Luis S. Lagaite Jr # 762508 APPELLANT HEREBY CERTIFY THAT I AM THE UNDERSIGNED AFFIANT AND I'M OVER THE AGE OF 18 YEARS OLD AND THIS STATEMENT AND FACTS AND DOCUMENT AND MATTERS ARE TRUE AND CORRECT PURSUANT TO U.S § 1746 UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED
BY
Luis S. Lagaite Jr
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107
Pro-Se 762501

EXHIBIT A



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 17, 2014

Harold J. Liller
OFFICE OF ATTORNEY GENERAL
P.O. Box 12548
Capital Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Luis S. Lagaite Jr.
TDCJ-ID# 762508
John Montford Unit
8602 Peach St.
Lubbock, TX 79404

RE: Case Number: 07-14-00219-CV
Trial Court Case Number: 97,061-C

Style: Luis S. Lagaite, Jr. #762508
V.
Gregory C. Boland, et al

Dear Counsel and Mr. Lagaite:

The following was filed in the captioned appeal as of Monday, July 14, 2014:

Clerk's Record (1 volume)

Very truly yours,

PEGGY CULP, CLERK

xc: Barbara Younger (DELIVERED VIA E-MAIL)
Honorable Ana Estevez (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)

# IN THE 251st JUDICIAL DISTRICT COURT
## of
## POTTERS COUNTY TEXAS

EXHIBIT B

LUIS S. LAGAITE Jr. # 762508
Plaintiff

-V-

COUSE NO# 97061-C

GREGORY L. BOLAND ET AL
DEFENDANTS

## MOTION TO HOLD DEFENDANTS HEARING BY WAY OF 3-WAY TELECONFERENCE PURSUANT TO CHAPTER 14.008, TEXAS ANN CODE Pro

TO THE HONORABLE JUDGE DOUG WOODBURN of SAID COURT!
COMES NOW PLAINTIFF LUIS S. LAGAITE JR. IN THE ABOVE ENTITLE AND NAMED CAUSE OF ACTION AND HEREBY PETITION THIS COURT TO HOLD DEFENDANTS 1-14-15 HEARING BY WAY OF 3-WAY TELECONFERENCE PURSUANT TO CHAPTER 14.008 TEXAS ANN CODE PROC. AND WOULD SHOW UNTO THE COURT THE FOLLOWING

### I
### FACTS

ON FEBRUARY 1, 2012 A THREE-WAY (3) TELECONFERENCE WAS HELD AT THE LAW LIBRARY ON THE Bill CLEMENTS UNITS ON DEFENDANTS MOTION TO DECLARE PLAINTIFF A VEXATOUS LITIGANT, THERE IS NO IMPENDING CIRCUMSTANCE AND AS TO NO REASON WHY THE SOME CANNOT BE HELD AT THE JOHN T. MONTFORD LAW LIBRARY WHICH DO HAVE AND PROVIDE THE SOME AVAILABLE MECHANISM TO HOLD A CONFERENCE HEARING BY PHONE

### II
### ANALYSIS

IT DEFIES All HUMAN LOGIC THAT DEFENDANT SHOULD IMPOSE NOT ONLY UPON THE FUNCTION AND THE DISRUPTION OF THE MEDICAL FACILITY BUT ALSO UPON PLAINTIFF IF NOT ALSO THE SHERIFF OR ANY LAW ENFORCEMENT AGENCY. THAT THE PRESENCE OF THE PLAINTIFF IS REQUIRED AT SUCH HEARING TO ENSURE THE INTEGRITY OF THE HEARINGS OUTCOME. IS LUDRICOUS, IF NOT THE LACK OF SOUND JUDGMENT ON THE BEHALF OF THE DEFENDANTS, PLAINTIFFS PRESENCE IS ONLY REQUIRED BY LAW IF A EVIDENTIARY HEARING ON THE CASE AND ITS MERIT AND IS READY FOR TRIAL, WHICH IS NOT THE CASE, FURTHERMORE THE ENLARGEMENT OF TIME STATUTE OF LIMITATION HAS EXPIRED AND IS DEEMED AS MOOT IN ACCORDANCE TO THE RULE OF STATE COURT, AND THE TEXAS CIVIL REMEDIES CODE AND PROCEDURE, THEREFORE WHERE PREMISES IS CONSIDERED APPLICATION FOR BENCH WARRANT SHOULD NOT ISSUE UNLESS DEFENDANTS IS READY TO GO TO TRIAL.

### III
### PRAYER

ACCORDINGLY PLAINTIFF PRAYS THAT THIS HONORABLE COURT, FOR THE SAKE OF THE TAX PAYERS AND THE PUBLICS INTEREST DO NOT ISSUE A BENCH WARRANT, FOR A FRIVILOUS AND MOOTED MOTION THAT WAS FILED SEPTEMBER 9, 2011, AND WAS VOIDED OUT BY THE 7TH DISTRICT COURT OF APPEAL ON NOVEMBER 13, 2014.

SUBMITTED BY
Luis Lagaite

EXHIBIT

B

CAUSE NO. 97,061-C

| | | |
|---|---|---|
| LUIS LAGAITE # 762508,<br>Plaintiff, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | POTTER COUNTY, TEXAS |
| GREGORY BOLAND, et al.,<br>Defendants. | § § | 251ST JUDICIAL DISTRICT |

## NOTICE OF HEARING

Defendant hereby provides notice that an oral hearing has been scheduled for **Wednesday, January 14, 2015, at 9:30 a.m.** concerning Defendant's Motion to Enlarge Time and Declare Plaintiff a Vexatious Litigant filed on September 9, 2011. Copies of this notice are being placed in the U.S. mail on this date to the Plaintiff and filed electronically with the District Clerk.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

1



EXHIBIT C

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 14, 2015

Luis S. Lagaite Jr.
TDCJ-ID# 762508
Byrd Unit
21 FM 247
Huntsville, TX 77320

**RE:**   Case Number:  07-15-00111-CV
Trial Court Case Number: 97,061-C

**Style:** Luis S. Lagaite v. Gregory C. Boland, et al.

Dear Mr. Lagaite:

By Order of the Court, the motion to stay filed by appellant is denied as moot.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:     Harold J. Liller (DELIVERED VIA E-MAIL)



EXHIBIT "D"

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

**Court of Appeals**

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 8, 2014

Christin Cobe Vasquez
Asst. Attorney General
Law Enforcement Division
P.O. Box 12548 MC 003
Austin, TX 78711
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00219-CV
Trial Court Case Number: 97,061-C

**Style:** Luis S. Lagaite, Jr. #762508
v. Gregory C. Boland, et al

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellee's brief is this day granted and the brief was filed on Friday, September 05, 2014.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:    Luis S. Lagaite Jr.

IN THE 251st JUDICIAL DISTRICT COURT
OF
POTTERS COUNTY TEXAS

EXHIBIT
D-A

LUIS S. LAGAITE JR. # 76250
PLAINTIFF

-V-

GREGORY C. BOLAND ET-AL.
DEFENDANTS

CAUSE NO# 97061E

## MOTION TO DISMISS DEFENDANTS HEARING FOR 1-14-15, CONCERNING DEFENDANTS MOTION TO ENLARGE TIME AND DECLARE PLAINTIFF A VEXATIOUS LITIGANT FILED ON 9-9-11, AND APPLICATION FOR BENCH WARRANT

TO THE HONORABLE JUDGE DOUG WOODBURN OF SAID COURT:
COMES NOW PLAINTIFF LUIS S. LAGAITE J. IN THE ABOVE ENTITLED NUMBERE CAUSE OF ACTION AND SUBMITS THE ABOVE MOTION AND WOULD SHOW UNTO THE COURT THE FOLLOWING:

### I
### FACTS

ON NOVEMBER 13, 2014 IT WAS ORDERED, ADJUDGED AND DECREED BY THE 7TH COURT OF APPEALS CASE NO# 07-14-00219. THAT THE ORDERS OF THE TRIAL COURT INCLUDING THAT OF 9-9-11, AND 2-7-12 BE REVERSED AND REMANDED TO THE TRIAL COURT ARE VOID IN ACCORDANCE TO VICTOR, ENTERS, INC.-V-HOLLAND NO. 05-10-01592-CV 2013 WL.39034, 2013 TEX APP. LEXIS 836 AT 4-5 (TEX APP-DALLAS 1997 NO WRIT) THE QUESTION IS, MOTION TO ENLARGE TIME AND DECLARE PLAINTIFF A VEXATIOUS LITIGANT FILED 9-9-11. OVER 3 YEARS CIVIL STATUTE LIMITATIONS APPLICABLE? IS THE DEFENDANT ENTITLED TO BRING THIS FILED DATE OF 9-9-11 BEFORE THIS COURT AFTER THE OPINION AND DECISION OF THE 7TH COURT OF APPEAL? IS IT DOUBLE JEOPORDY TO HOLD SUCH HEARING THAT HAS ALREADY BEEN HELD ON 9-9-11 OR 2-7-12 IS A VIOLATION OF THE EQUAL PROTECTION AND SUPREMACY CLAUSES? IF THE VERDICT WAS AGAINST THE DEFENDANTS MAY THEY OVERIDE THE DECISION OF THE HIGHER COURT DECISION OR REQUEST A HEARING THAT HAS BEEN VOID? OR IS A SECOND HEARING BARRED BY THE PROHIBITION AGAINST DOUBLE JEOPORDY?.

### II
### ANALYSIS

THE SUPREME COURT HAS INDICATED THAT STRICT SCRUTINY SHOULD BE USED, WHICH MEANS THAT DEFENDANTS MUST JUSTIFY ITS INTERFERENCE BY PROVING THAT ITS ACTION IS NECCESSARY TO ACHIEVE A CUMPELLING GUVERMENT PURPOSE, 1ST QUESTION DOES PLAINTIFF HAS A FUNDAMENTAL RIGHT TO A PURPOSEFUL HEARING ON THE MERITS OF HIS CLAIM AND ARGUABLE BASIS IN LAW IN STEAD OF APPLICATION OF THE VEXATIOUS LITIGANT STATUTE WHICH VIOLATES THE EQUAL PROTECTION AND SUPREME CLAUSES, AND THAT IS WHY APPLICATION OF BENCH WARRANT SHOULD NOT ISSUE, BECAUSE IT EXHAUST THIS COURTS TIME AND THE TAX PAYERS MONEY, ONLY YES ONLY IF DEFENDANTS IS READY FOR TRIAL

### III
### PRAYER

ACCORDINGLY PLAINTIFF PRAYS THAT THIS COURT GRANTS ME ABOVE MOTION

RESPECTFULLY SUBMITTED
BY
LUIS S. LAGAITE J
762508



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 2, 2014

Luis S. Lagaite Jr.
TDCJ-ID# 762508
John Montford Unit
8602 Peach St.
Lubbock, TX 79404

Harold J. Liller
OFFICE OF ATTORNEY GENERAL
P.O. Box 12548
Capital Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

**RE:**   Case Number: 07-14-00219-CV
Trial Court Case Number: 97,061-C

**Style:** Luis S. Lagaite, Jr. #762508 v. Gregory C. Boland, et al

Dear Mr. Lagaite and Counsel:

By Order of the Court, appellant's motion to amend the clerk's record volume one of one the reporters record containing a hearing held on Feb. 1, 2012 in trial court case number 97-061C is granted. The following was filed Tuesday, September 02, 2014 in the captioned appeal:

Reporter's Record (1 volume)

Very truly yours,

*Peggy Culp*

PEGGY CULP, CLERK

xc:   Barbara Younger (DELIVERED VIA E-MAIL)

# CERTIFICATE OF SERVICE

EXHIBIT A 1

I, LUIS S. LAGARTE Jr PLAINTIFF HEREBY CERTIFY A TRUE ORIGINAL MOTION TO DISMISS DEFENDANTS HEARING FOR 1-14-15 CONCERNING DEFENDANTS MOTION TO ENLARGE TIME AND DECLARE PLAINTIFF A VEXATIOUS LITIGANT FILED ON 9-9-11 AND APPLICATION FOR BENCH WARRANT/ MOTION TO HOLD DEFENDANTS HEARING BY WAY OF 3-WAY TELECONFERENCE PURSUANT TO CHAPTER 14.008 TEXAS ANN CODE CIVIL PROCEDURES., 1 CORRECT COPIES HAS BEEN SENT TO CHRISTIN COBE VASQUEZ ASSISTANT ATTORNEY GENERAL U.S. MAIL POSTAGE PRE-PAID ON THIS 31ST DAY OF DECEMBER 2014 AS FOLLOWS:

HONORABLE
CAROLINE WOOD BURN
DISTRICT CLERK POTTER COUNTY
P.O. BOX 9570
AMARILLO, TEXAS 79105-9570

CHRISTIN COBE VASQUEZ
ASSISTANT ATTORNEY GENERAL
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TEXAS. 78711-25-48

RESPECTFULLY SUBMITTED
BY
LUIS S. LAGARTE Jr.
JOHN T. MONTFORD UNIT
8602 PEACH ST.
LUBBOCK, TEXAS 79404
PRO-SE
762508



USA FOREVER

USA FOREVER

Luis Saladivar, 1460114 Hermes Park # 116485D8
Bill Clements Unit
9601 Spur 591
AMARILLO, TEXAS 79107

"LEGAL"



AMARILLO TX 791
16 JUL 2015 PM 2 T

Court of APPEALS
SEVENTH DISTRICT of Texas
HONORABLE
VIVIAN LONG, Clerk
P.O. Box 9570
AMARILLO, TEXAS 79105-9570